1

2

3                                   JS - 6

4

5

6

7              UNITED STATES DISTRICT COURT

8             CENTRAL DISTRICT OF CALIFORNIA

9                   WESTERN DIVISION

10

11  RUBEN FIGUEROA,                )  No. ED CV 09-01146-SVW (VBK)
                                   )
12              Petitioner,        )  JUDGMENT
                                   )
13       v.                        )
                                   )
14  JAMES WALKER,                  )
                                   )
15              Respondent.        )
   _____)
16

17       Pursuant to the Order Accepting and Adopting the Report and

18  Recommendation of the United States Magistrate Judge, and dismissing

19  the Petition for Writ of Habeas Corpus ("Petition") with prejudice,

20       **IT IS ADJUDGED** that the Petition is dismissed with prejudice.

21

22  DATED: April 26, 2010      _____
                                  STEPHEN V. WILSON
23                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28